THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ROBERT J. WARD, Appellant.— Motion granted and appeal dismissed.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. MARVIN I. KING, Appellant.— Motion granted and appeal dismissed.

CARLTON CRAWFORD et al., Respondents, v. STELLA R. LESCO, Appellant.— Motion granted and appeal dismissed for failure to comply with previous order, with costs.

CLARENCE F. GRABB, as Receiver, Respondent, v. JOHN NICHOLAS, as Receiver, Appellant, et al., Defendant.— Appeal dismissed, without costs, for failure to comply with previous order.

## (November 16, 1955.)

In the Matter of FRANCES MENZEL, Respondent, against CITY OF ROCHESTER, Appellant. In the Matter of JOHN L. MENZEL, Respondent, against CITY OF ROCHESTER, Appellant.—

1144

Present — McCurn, P. J., Vaughan, Kimball, Wheeler and Van Duser, JJ.